UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLEY BURKETTE,

    Plaintiff,

v.

                        Case No. 6:11-cv-1276-Orl-22DAB

TKE, INC.; GRAND THEME HOTELS, INC.;
GRAND BOHEMIAN HOTEL SP, INC.;
GRAND BOHEMIAN SP RESIDENTIAL, LLC
f/k/a Grand Bohemian SP Residential, Ltd.;
ENTERPRISE HOTELS OF ORLANDO, INC.;
GRAND PERFORMER, INC.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff Kimberley Burkette gives notice that the parties have reached agreement on basic terms of settlement. The parties are in the process of drafting a settlement agreement. Upon completion of the settlement process, the parties will file a joint stipulation of dismissal.

Respectfully submitted,

**/s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli
Florida Bar No. 0368598
E-mail: kpiscitelli@tampabay.rr.com
Harris & Helwig, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, Florida 33813
Telephone:  (863) 648-2958
Facsimile:  (863) 619-8901
**Attorneys for Plaintiff**

## Certificate of Service

      I hereby certify that on October 17, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                          **/s/ Kathryn S. Piscitelli**
                                          Kathryn S. Piscitelli